# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00631-CR

**Jason Sibley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-13-300292, HONORABLE BERT RICHARDSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Jason Sibley has filed a notice of appeal from his judgment of conviction for the offense of sexual assault. Sibley's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit.[1] Per Sibley's request, this Court ordered that he be provided with a copy of the record for the purpose of filing a pro se brief in response. Subsequently, Sibley filed and this Court granted two motions for extension of time to file his pro se brief, totaling 118 days.

Sibley has now filed a third motion for extension of time, seeking an additional 60 days to file his pro se brief. We grant the motion and ORDER Sibley to file his pro se brief no later than Monday, March 21, 2016. No further extensions will be granted.

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

It is ordered on January 22, 2016.


Before Chief Justice Rose, Justices Pemberton and Field

Do Not Publish